# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 10, 2013

No. 12-30857
Summary Calendar

Lyle W. Cayce
Clerk

CAREY KING, JR.; MELBA IRELAND KING,

Plaintiffs - Appellants

v.

ARON JOHNSON, Individually & in his official capacity as Tax Assessor for
Lasalle Parish; LOUISIANA TAX COMMISSION; LLOYD G. HANDORF,

Defendants - Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:11-CV-2237

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reason stated by that
court. Plaintiffs attempt to avoid the restriction on federal courts from
interfering in the fiscal operations by state governments by not seeking relief
that directly and expressly prohibits the collection of state taxes. This
contention ignores the scope of the law and the true nature of the lawsuit. The
correctness of the appraisal and the tax is the basis of the complaint and

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 12-30857

damages sought.  It is the administration of the state tax system that is said to have violated plaintiffs' constitutional right.  As this court has held in <u>ANR Pipeline Company v. Louisiana Tax Commission</u>, 646 F.3d 940 (CA5.2011) and by the Supreme Court in <u>Fair Assessment in Real Estate Association, Inc. v. McNary</u>, 102 S.Ct. 177 (1981), plaintiffs' suit is barred.

AFFIRMED.